# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LAMONT A. ZAMICHIELI, | : | No. 127 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CUMBERLAND COUNTY COURT OF | : | |
| COMMON PLEAS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus/Extraordinary Relief" is DENIED.